BROOKYORK REALTY CORPORATION, Respondent, v. RESTIN REALTY Co., INC., and Others, Defendants.  HARRY POSNER, Purchaser, Appellant.— Order directing purchaser to complete his purchase reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The restrictive covenants affecting the property are not referred to in the terms of sale, and form substantial objections to the title.  The record before us discloses no act on the part of the purchaser waiving these objections.  Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

JOHN CANGLINI, an Infant, etc., by JOSEPHINE CANGLINI, His Guardian ad Litem, Respondent, v. ERNEST MUCCINI and ROSE SPINELLA, etc., Appellants.— Judgment unanimously affirmed, with costs.  No opinion.  Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

FARADAY ELECTRIC CORP., Respondent, v. VICLOU BUILDERS, INC., VICTOR STEINFELD and ISIDORE M. SILBERMAN, Appellants.  JACOB GREENBLATT, Defendant.— Judgment of the County Court of Kings county unanimously affirmed, with costs.  No opinion.  Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ERNEST GILMORE GARDNER, Respondent, v. ANTONIO CAMPORESE and GIOVANNI ZAMBROTTA, Appellants.— Judgment and order reversed upon the law and the facts, with costs, and complaint dismissed, with costs, on the ground that the evidence conclusively established that plaintiff was not the procuring cause of the sale.  Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

FELICE GENGO, as Administrator, etc., of CATIELLO GENGO, Deceased, Appellant, v. K. & K. WET WASH LAUNDRY Co., INC., Respondent.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ANNA GREEN, an Infant, by ABRAHAM GREEN, Her Guardian ad Litem, and Others, Respondents, v. SAMUEL GREEN and Others, Defendants.  MUNICIPAL BANK, INCORPORATED, Appellant.— Order granting plaintiff's motion to strike out the second defense in the answer of defendant Municipal Bank, and to dismiss its counterclaim, affirmed, with ten dollars costs and disbursements.  No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.